UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Virginia Quiñones-Cruz, et al.,
    Plaintiffs,
    V.
Ford Motor Company Caribbean, Inc., et al.,
    Defendants.

CASE NUMBER: 98-1363 (HL)

| MOTION | |
|---|---|
| Date Filed: 8/2/99    Docket #22, 27, 28    [x] Plffs [] Defts | |
| Title: | |
| Opp'n Filed:    Docket # | |

**ORDER**

The Puerto Rico Labor Department Bureau of Employment Security is hereby ordered to produce for inspection and copying no later than September 20, 1999 a complete and certified copy of the administrative file of appellate case No. RP-552-96, filed by Plaintiff Virginia Quiñones before the Bureau.
   This order disposes of and/or moots the following documents: Dkt. Nos. 22, 27, and 28.

Date 9/3/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:      EOD:

By:

