UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Virginia Quiñones-Cruz, et al.,
    Plaintiffs,
    V.
Ford Motor Company Caribbean, Inc., et al.
    Defendants.

CASE NUMBER: 98-1363 (HL)

## MOTION

Date Filed: 8/2/99    Docket #29    [x] Plffs  [] Defts
Title: Motion Informing Change of Address
Opp'n Filed:    Docket #

RECEIVED & FILED
99 SEP -7 AM 7:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## ORDER

Plaintiffs' Motion Informing Change of Address, Dkt. No. 29, is hereby noted.

Date 9/3/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:    EOD:

By: 35

