UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Virginia Quiñones-Cruz, et al.,
    Plaintiffs,
V.
Ford Motor Company Caribbean, Inc., et al.
    Defendants.

CASE NUMBER: 98-1363 (HL)

## MOTION

Date Filed: 8/9/99    Docket #31    [ ] Plffs [x] Defts
Title: Motion Requesting Extension of Time to File a Motion for Summary Judgment
Opp'n Filed:    Docket #

## ORDER

Defendant's Motion for Extension of Time to File a Motion for Summary Judgment is granted until October 1, 1999. Plaintiffs have until November 10, 1999 to respond.

The parties are hereby put on notice that the Court shall not extend any of these time limits.

Date 9/3/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:    EOD:

By:

