UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Virginia Quiñones-Cruz, et al.,
    Plaintiffs,
V.                                                    CASE NUMBER: 98-1363 (HL)
Ford Motor Company Caribbean, Inc., et al.,
    Defendants.

## MOTION

Date Filed: 8/2/99    Docket #23, 24, 25, 31    [x] Plffs [x] Defts
Title:
Opp'n Filed:    Docket #

## ORDER

The Court orders the following regarding discovery matters:
    1. Defendants shall provide plaintiffs with the requested discovery materials no later than September 29, 1999.
    2. Plaintiff shall take the deposition of Miriam Rosario, Defendant Ford Motor Company Caribbean's Director of Human Resources, no later than September 17, 1999.
The Court expects strict compliance with this order.

These orders dispose of and/or moot the following documents: Dkt. Nos. 23, 24, 25, ~~31~~

Date 9/3/99                HECTOR M. LAFFITTE
                              Chief U.S. District Judge

Rec'd:    EOD:

By:

