# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Virginia Quiñones-Cruz, et al.,
    Plaintiffs,
    V.
Ford Motor Company Caribbean, Inc., et al.
    Defendants.

CASE NUMBER: 98-1363 (HL)

## MOTION

Date Filed: 9/3/99    Docket #33    [x] Plffs [x] Defts
Title: Notice Informing Voluntary Dismissal
Opp'n Filed:    Docket #

## ORDER

The Court hereby notes and approves the parties' joint Notice Informing Voluntary Dismissal of plaintiff Alfredo Quiñones-Perez' claim, Dkt. No. 33.

Date 9/3/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:    EOD:

By:

