# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

9/7/99

Virginia Quiñones-Cruz, et al.,
    Plaintiffs,
V.

Ford Motor Company Caribbean, Inc., et al.,
    Defendants.

CIVIL NUMBER: 98-1363 (HL)

| MOTION | JUDGMENT |
|---|---|
| Date Filed: 9/3/99<br>Docket #33<br>[X] Plffs  [x] Defts<br>[ ] Other<br>Title: Notice Informing Voluntary Dismissal<br>Opposition Filed:<br>Docket # | The Court having approved the parties' joint Notice Informing Voluntary Dismissal of plaintiff Alfredo Quiñones-Perez' claim on this same date, **Dkt. No. 33**, hereby dismisses plaintiff's claim with prejudice. No taxation of costs or fees to any party. |

Date 9/3/99

HECTOR M. LAFFITTE
Chief United States District Judge

RECEIVED & FILED
99 SEP -7 AM 8:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

Rec'd:        EOD:

By:

