# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Virginia Quiñones-Cruz, et al.,
     Plaintiffs,
         V.
Ford Motor Company Caribbean, Inc., et al.,
     Defendants.

**CASE NUMBER:** 98-1363 (HL)

| MOTION | |
|---|---|
| Date Filed:    Docket #    [] Plffs [] Defts | |
| Title: | |
| Opp'n Filed:    Docket # | |

## ORDER

The judgment entered by the Court in this case, Dkt. No. 39, was a partial judgment and only dismissed the claim of Plaintiff Alfredo Quiñones-Perez. Thus, the Clerk of the Court shall reopen this case as to all other plaintiffs.

October 17 1999        **HECTOR M. LAFFITTE**
                      Chief U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |



