UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Virginia Quinones-Cruz, et al.,
Plaintiffs,
V.
Ford Motor Company Caribbean, Inc., et al.,
Defendants.

**CASE NUMBER:** 98-1363 (HL)

RECEIVED & FILED
99 NOV 22 AM 8:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**MOTION**

**Date Filed: 11/12/99 Docket #43 [x] Plffs [] Defts**
**Title: Motion Requesting Leave to File Spanish-Language Originals**
**Opp'n Filed: Docket #**

**ORDER**

Plaintiffs are granted until December 2, 1999 to file English translations.

**MOTION**

**Date Filed: 11/12/99 Docket #42 [x] Plffs [] Defts**
**Title: Motion Informing Late Filing and Requesting Leave for Same**
**Opp'n Filed: Docket #**

**ORDER**

Plaintiffs' late filing is excused.

**Date** 11/19/99

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**

(5)

