UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Virginia Quiñones-Cruz, et al.,
    Plaintiffs,
    v.
Ford Motor Company Caribbean,
    Defendant.

CASE NUMBER: 98-1363 (HL)

## MOTION

Date Filed: 11/30/99     Docket #47     [x] Plffs [] Defts
Title: Motion Requesting Additional Time to Obtain Certified Translations
Opp'n Filed:     Docket #

## ORDER

Plaintffs are granted until December 16, 1999 to file translations.

Date 12-7-99     HECTOR M. LAFFITTE
                         Chief U.S. District Judge


