UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Virginia Quiñones-Cruz, et al.,
    Plaintiffs,
        v.
Ford Motor Company Caribbean,
    Defendant.

CASE NUMBER: 98-1363 (HL)

| MOTION |
|---|

Date Filed: 11/19/99    Docket #44    [ ] Plffs  [x] Defts
Title: Motion Under Local Rule 311.7 to Request Permission to Reply to Plaintiff's Opposition
Opp'n Filed:    Docket #

| ORDER |
|---|
| Defendants are granted until December 15, 1999 to reply.  Plaintiffs shall have until January 9, 2000 to file a sur-reply.  No further submissions shall be accepted on this matter. |

Date 12-7-99    HECTOR M. LAFFITTE
                       Chief U.S. District Judge


