UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**BEFORE HON. HECTOR M. LAFFITTE**

<u>MINUTES OF PROCEEDINGS</u>               DATE: January 20, 2000

CIVIL CASE NO. 98-1363 (HL)

COURTROOM DEPUTY: Minerva **FIGUEROA**

COURT REPORTER: N/A

===================================================================

| | |
|---|---|
| Virginia Quiñones-Cruz, et al | Attys: Charles Hey-Maestre and Jaime Rodríguez-Lecoeur, Esqs. |
| Plaintiff | |
| VS. | |
| Ford Motor Company, et al | Attys: Jorge Capo-Matos, and José Benitez-Mier, Esqs. |
| Defendant | |

Case called for Pretrial and Settlement Conference. The parties discussed settlement. The Court feels that this case is a good candidate for settlement. The parties are granted until February 2, 2000 to finalized settlement or indicate to the Court whether settlement is not reached.

Defendant is allowed to supplement the motion for summary judgment concerning harassment and the statute of limitations concerning Article 1802. Plaintiffs are granted 5 days to respond to said motion.

Parties to be notified.

_____
COURTROOM DEPUTY CLERK