UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Virginia Quiñones-Cruz, et al
v.
Ford Motor Company

CASE NUMBER: 98-1363 (HL)

## ORDER

The jury trial in this case originally scheduled for February 17, 2000, is hereby reset to **February 18, 2000**, at 9:00 a.m., to be heard before Judge Robert J. Ward. A status conference will be held before Judge Ward on **February 10, 2000**, at 2:00 p.m.

Date 1-27-00

HECTOR M. LAFFITTE
Chief U.S. District Judge