UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Virginia Quiñones-Cruz, et al.,
    Plaintiffs,
        v.
Ford Motor Company Caribbean,
    Defendant.

CASE NUMBER: 98-1363 (HL)

## MOTION

Date Filed: 1/25/00    Docket #58    [] Plffs [x] Defts
Title: Defendant's Supplementary Motion for Summary Judgment
Opp'n Filed:    Docket #

## ORDER

Plaintiffs are granted until February 2, 2000 to respond to Defendant's Supplementary Motion for Summary Judgment. **No extensions shall be granted.**

Date 1-27-00    HECTOR M. LAFFITTE
                               Chief U.S. District Judge


