UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Virginia Quiñones-Cruz, et al.,
    Plaintiffs,
    V.
Ford Motor Company Caribbean,
    Defendant.

CASE NUMBER: 98-1363 (HL)

## ORDER

The parties shall file a stipulation of voluntary dismissal by February 18, 2000 or face the Court's resolution of the pending dispositive motions.

Date 2/11/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

*RECEIVED & FILED*
*00 FEB 14 PM 4:23*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*