## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Virginia Quiñones-Cruz, et al.,
    Plaintiffs,
    V.
Ford Motor Company Caribbean,
    Defendant.

CASE NUMBER: 98-1363 (HL)

| MOTION |
|---|
| Date Filed: 2/16/00   Docket #64   [x] Plffs  [x] Defts<br>Title: Stipulation for Voluntary Dismissal of Complaint with Prejudice<br>Opp'n Filed:   Docket # |
| **ORDER** |
| The Court hereby approves the parties' settlement. |

Date 2/23/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
00 FEB 24 AM 10: 54


