UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Virginia Quiñones-Cruz, et al.,
    Plaintiffs,
V.                                          CASE NUMBER: 98-1363 (HL)
Ford Motor Company Caribbean,
    Defendant.

| JUDGMENT |
|---|
| The Court having approved the parties' settlement stipulation, judgment is hereby entered dismissing this case. |

Date                     HECTOR M. LAFFITTE
                                         Chief United States District Judge

